# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

JOSEPH POINDEXTER,             )
                                          )

          Plaintiff,           )

                                          )

           v.               )    Civil Case No. 08-1883 (RJL)

                                          )

D.C. DEPARTMENT OF       )
CORRECTIONS, *et al.*        )

                                          )

         Defendants.      )

## ORDER

For the reasons set forth in the Memorandum Opinion entered this date, it is this

21st day of September, 2012, hereby

**ORDERED** that the defendants' Alternative Motion to Transfer Venue [Dkt. #72]

is **GRANTED**.

**SO ORDERED**.

_____
RICHARD J. LEON
United States District Judge